# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> the States of CALIFORNIA, COLORADO ) <br> CONNECTICUT, DELAWARE, FLORIDA ) <br> GEORGIA, HAWAII, ILLINOIS, INDIANA, ) <br> IOWA, LOUISIANA, MARYLAND, ) <br> MASSACHUSETTS, MICHIGAN, ) <br> MINNESOTA, MONTANA, NEVADA, ) <br> NEW HAMPSHIRE, NEW JERSEY, NEW ) <br> MEXICO, NEW YORK, NORTH CAROLINA, ) <br> OKLAHOMA, RHODE ISLAND, TENNESSEE, ) <br> TEXAS, VIRGINIA, WASHINGTON, and the ) <br> DISTRICT OF COLUMBIA, *ex. rel.* ) <br> GIBRAN AMEER, PHARM. D. ) <br>             Plaintiffs, ) <br>  ) <br>         v. ) <br>  ) <br> RESMED, INC. and RESMED, CORP. ) <br>             Defendants. ) <br> _____ ) | No. 2:15-cv-04842-MBS |

## ORDER OF DISMISSAL

The United States and Relator filed a stipulation of dismissal as to claims brought on behalf of the United States against the defendants. Relator subsequently filed a Notice of Dismissal regarding claims brought on behalf of the states. The Court having considered the Notice of Dismissal filed by the Relator pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), and good cause having been shown,

IT IS HEREBY ORDERED that:

1) The Relator's supplemental claims under the various state *qui tam* statutes pled in this Civil Action as to ResMed, Inc. and ResMed, Corp. are dismissed with prejudice.

2) The Settling States of California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Washington's claims as to the Covered Conduct as defined in the State Settlement Agreements are dismissed with prejudice;

3) All other claims of the Settling States are dismissed without prejudice;

4) Connecticut, Hawaii, and the District of Columbia's claims in this Civil Action are dismissed without prejudice.

AND IT IS SO ORDERED.

    s/ Margaret B. Seymour
HON. MARGARET B. SEYMOUR
Senior United States District Judge

March 17, 2020
Charleston, South Carolina.